A. BENJAMIN GOLDGAR

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EVANS, DIETRICH | § | Case No. 13-01250 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim disbursement

Administrative expenses

Bank service fees

Other payments to creditors

Non-estate funds paid to 3rd Parties

Exemptions paid to the debtor

Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was               and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/PHILIP V. MARTINO_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: 13-01250   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: PHILIP V. MARTINO |
| Case Name: EVANS, DIETRICH | Date Filed (f) or Converted (c): 01/13/13 (f) |
| | 341(a) Meeting Date: 03/06/13 |
| For Period Ending: 10/30/13 | Claims Bar Date: 06/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11420 S. Parnell Avenue, Chicago, IL | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. 9941 S. Carpenter, Chicago, IL 60643 | 145,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECK ACCOUNT | 380.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT | 475.00 | 0.00 | | 0.00 | FA |
| 5. Credit Union 1 Savings | 5.00 | 24,293.10 | | 24,298.10 | 0.00 |
| 6. Miscellaneous Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 7. Books Pictures Videos and DVDs | 50.00 | 0.00 | | 0.00 | FA |
| 8. USED CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. PENSION | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Estimated 2012 Federal Tax Refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Chevey Aveo | 6,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $270,710.00 | $24,293.10 | | $24,298.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 13-01250   ABG |
|---|---|
| Case Name: | EVANS, DIETRICH |

| | |
|---|---|
| Taxpayer ID No: | *******1180 |
| For Period Ending: | 10/30/13 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9967  Congressional Bank Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | 0.00 |
| | 01/31/13 | 5 | Credit Union 1 | Balance of Saving Account | 24,298.10 | | 24,298.10 |
| | 03/08/13 | | 3/8/13 Bank fee was $23.30, not $28.30 | Bank Charges | 5.00 | | 24,303.10 |
| * | 03/08/13 | | Congressional | Bank Charges | 28.30 | | 24,331.40 |
| | 03/08/13 | | Congressional Bank | Bank Charges | | 28.30 | 24,303.10 |
| * | 03/26/13 | | Reverses Adjustment IN on 03/08/13 | Bank Charges | -28.30 | | 24,274.80 |
| | | | | Bank fee not additional. | | | |
| | 04/22/13 | | Congressional Bank | Bank Charges | | 25.78 | 24,249.02 |
| | 05/09/13 | | Congressional Bank | Bank Charges | | 24.93 | 24,224.09 |
| | 06/04/13 | | Congressional Bank | Bank Charges | | 25.72 | 24,198.37 |
| | 07/05/13 | | Congressional Bank | Bank Charges | | 24.86 | 24,173.51 |
| * | 07/05/13 | | Congressional Bank | Bank Charges | | 24.86 | 24,148.65 |
| * | 07/17/13 | 003001 | Credit Union 1 | Settlement Refund to Bank | | 16,224.09 | 7,924.56 |
| | | | | Settlement of $8,000 for bankruptcy estate and remainder to go back to debtor's account. | | | |
| * | 07/29/13 | 003001 | Credit Union 1 | Settlement Refund to Bank | | -16,224.09 | 24,148.65 |
| | | | | Check needs to be put in Claudia Robinson and Dexter Moore's names. | | | |
| | 07/29/13 | 003002 | Claudia Robinson and Dexter Moore 5141 South Racine Chicago, IL  60609 | Settlement Refund | | 16,224.09 | 7,924.56 |
| * | 08/23/13 | | Reverses Adjustment OUT on 07/05/13 | Bank Charges | | -24.86 | 7,949.42 |
| | | | | Duplicate | | | |

Page Subtotals          24,303.10          16,353.68

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:         13-01250      ABG
Case Name:    EVANS, DIETRICH

Taxpayer ID No:   *******1180
For Period Ending:  10/30/13

Trustee Name:              PHILIP V. MARTINO
Bank Name:                 Congressional Bank
Account Number / CD #:   *******9967  Congressional Bank Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 24,303.10 | 16,353.68 | 7,949.42 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 24,303.10 | 16,353.68 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 24,303.10 | 16,353.68 | |
| | | | | NET | NET | ACCOUNT |
| | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Congressional Bank Checking Account - *******9967 | | 24,303.10 | 16,353.68 | 7,949.42 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 24,303.10 | 16,353.68 | 7,949.42 |
| | | | | =============== | =============== | =============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                 0.00

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 30, 2013 |

Case Number:  13-01250                                              Claim Class Sequence
Debtor Name:  EVANS, DIETRICH

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $6,817.60 | $0.00 | $6,817.60 |
| 000001<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,955.20 | $0.00 | $1,955.20 |
| 000002<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $918.20 | $0.00 | $918.20 |
| 000003<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,938.40 | $0.00 | $1,938.40 |
| 000004<br>070<br>7100-90 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Unsecured | | $1,157.17 | $0.00 | $1,157.17 |
| | Case Totals: | | | $12,786.57 | $0.00 | $12,786.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01250
Case Name: EVANS, DIETRICH
Trustee Name: PHILIP V. MARTINO

Balance on hand                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | Wells Fargo Bank NA | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE