UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **DIETRICH EVANS,** | ) | Case No. 13-01250 |
| | ) | |
| **Debtor.** | ) | Honorable A. Benjamin Goldgar |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF DIETRICH EVANS

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $6,778.00 for 20.0 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) and actual and necessary costs in the amount of $39.60 from March 18, 2013, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On January 13, 2013, Debtor filed a chapter 7 proceeding, and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on March 6, 2013, and Trustee filed an initial report of assets on March 8, 2013.

3. On April 1, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to March 18, 2013.

4. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

5. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on March 18, 2013. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

6. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel, and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 3.9 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,308.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.3 |
| Sarah K. Baker | .7 |
| Colleen A. Greer | 1.9 |

### B. ASSETS

7. Debtor's schedules disclosed four bank accounts at Credit Union 1 (the "**Bank Accounts**") with a "cumulative" balance of $5.00.

8. On January 15, 2013, Credit Union 1 ("**Credit Union**") filed its Motion for Relief from Stay so as to Settle Mutual Debts (the "**Stay Motion**") (Docket No. 9). Therein, Credit Union alleged that in addition to the Bank Accounts, Debtor was a joint owner of an additional account held by Credit Union containing $45,356.61 (the "**Joint Account**"). The other named owners of the Joint Account are Dexter Moore and Claudia Moore-Robinson (the "**Moores**").

2

Upon information and belief, the Moores are the Debtor's siblings. The Joint Account was not listed on the Debtor's Schedule B, nor was it disclosed by the Debtor at the 341 meeting of creditors.

9. As set forth in the Stay Motion, Credit Union sought relief from the automatic stay to set off certain debts due and owing from Debtor to Credit Union from the funds held in the Joint Account. Specifically, Credit Union alleged that it held a perfected security interest in the funds held in the Joint Account, and that it was seeking to set off Debtor's debts against funds in the Account in the amount of $21,058.51.

10. On or about January 23, 2013, Trustee contacted Credit Union to inform it that the funds in the Joint Account were property of the Debtor's estate pursuant to section 541 of the Bankruptcy Code. Trustee requested that Credit Union remit to Trustee the balance of the funds in the Joint Account that were not a subject of the Stay Motion.

11. On or about January 31, 2013, Credit Union delivered a check to Trustee in the amount of $24,298.10. Credit Union withheld $21,058.51, which represented the funds in the Joint Account subject to the Stay Motion, until such time as Credit Union's rights to set off the debts due and owing to it from Debtor against those funds were fully adjudicated.

12. On March 14, 2013, the Debtor filed an amended Schedule B (Docket No. 24). Therein, the Debtor listed the previously undisclosed Joint Account, along with a notation that all monies in the account belonged exclusively to Pearl Johnson.

13. On March 28, 2013, the Moores, through their attorney, filed their motion to compel the Trustee to abandon the Joint Account (the "**Motion to Abandon**") (Docket No. 35). Therein, the Moores alleged that the monies in the Joint Account did not belong to Debtor or the Moores, but were the sole property of Ms. Pearl Moore Johnson. Upon information and belief, Ms. Johnson is the mother of Debtor and the Moores. As further stated in the Motion to

3

Abandon, the Moores alleged that the Joint Account operated as a "convenience account" for Ms. Johnson, from which the Moores and Debtor would pay Ms. Johnson's living expenses.

14. The Moores argued that the Joint Account was not property of the Debtor's bankruptcy estate pursuant to section 541 of the Bankruptcy Code, and requested that the Court issue an order compelling Trustee to return any and all funds from the Joint Account that he was holding for the benefit of the Debtor's estate.

15. Q&B attended hearings on the Motion to Abandon, and engaged in discovery with Credit Union and the Debtor to determine the ownership over the funds held in the Joint Account. Q&B negotiated a settlement with the Moores, and prepared a settlement motion under Rule 9019, which ultimately provided the bankruptcy estate with $7,949.42 of the funds held in the Joint Account. The settlement will allow for a modest distribution to unsecured creditors. In connection with these matters, Q&B expended 16.1 hours for which it requests compensation of $5,469.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 15.6 |
| Colleen A. Greer | .5 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

16. Since March 18, 2013, Q&B has devoted 20.0 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $6,778.00

17. While representing Trustee, Q&B expended $39.60 photocopying ($.10 per page) for service of the motion to for settlement. Q&B respectfully requests to be compensated for this reasonable and necessary cost. Attached as **Exhibit B** is a breakdown of the cost.

4

QB\22514339.2

18. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

19. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $6,778.00 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $39.60 in reasonable and necessary costs incurred in the administration of this case; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
          Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

QB\22514339.2

**Quarles & Brady** LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | | |
|---|---|---|
| Invoice Number: | 1890157 | Privileged & Confidential |
| Invoice Date: | October 29, 2013 | |

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through October 29, 2013
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 149679.00003

| | | |
|---|---|---|
| Current Fees: | $ | 743.50 |
| Current Total Due: | $ | 743.50 |
| **TOTAL AMOUNT DUE:** | **$** | **743.50** |

EXHIBIT A (1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Dietrich Evans  October 29, 2013
RE: Professional Retention Chapter 7 Bankruptcy  Invoice Number: 1890157
Q & B Matter Number: 149679.00003  Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/15/13 | Prepare and file appearance for Sarah Baker in Dietrich Evans civil matter (.1). | CGREER | 0.10 |
| 03/22/13 | Prepare draft motion to retain Quarles & Brady as attorney for trustee (.5). | CGREER | 0.50 |
| 03/25/13 | Review conflicts results (.2); revise affidavit and disclosures for retention (.1). | PMARTINO | 0.30 |
| 09/05/13 | Prepare draft of final fee application for Quarles & Brady (.5). | CGREER | 0.50 |
| 09/06/13 | Revise fee application. | SBAKER | 0.70 |
| 09/06/13 | Prepare Trustee's Affidavit (.3). | CGREER | 0.30 |
| 09/06/13 | Prepare draft fee application for Quarles & Brady LLP (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.30 | 565.00 | 169.50 |
| SBAKER | Sarah K. Baker | 0.70 | 345.00 | 241.50 |
| CGREER | Colleen A. Greer | 1.90 | 175.00 | 332.50 |
| Total | | 2.90 | | 743.50 |

Total Fees:  $  743.50

**Quarles & Brady** LLP

300 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1890156
Invoice Date: October 29, 2013

Privileged & Confidential

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through October 29, 2013
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 149679.00005

| | | |
|---|---|---|
| Current Fees: | $ | 5,469.50 |
| Current Total Due: | $ | 5,469.50 |
| **TOTAL AMOUNT DUE:** | **$** | **5,469.50** |

EXHIBIT (A2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Dietrich Evans
RE: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 149679.00005

October 29, 2013
Invoice Number: 1890156
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/15/13 | Review pleadings and bank statements regarding prepare for hearing on motion for relief from stay to set off against bank accounts. | SBAKER | 2.00 |
| 03/18/13 | Attend hearing regarding credit union's motion to lift stay. | SBAKER | 1.30 |
| 03/20/13 | Review credit union's response to motion to lift stay. | SBAKER | 0.20 |
| 04/16/13 | Review email from C. Bonini regarding discovery requests. | SBAKER | 0.10 |
| 05/13/13 | Review and respond to email from P. Fichter regarding discovery responses. | SBAKER | 0.20 |
| 05/13/13 | Telephone call with C. Bonini regarding Trustee's discovery requests. | SBAKER | 0.10 |
| 05/14/13 | Review bank records produced by Debtor. | SBAKER | 0.70 |
| 05/14/13 | Draft email to C. Bonini regarding discovery responses. | SBAKER | 0.10 |
| 05/16/13 | Begin review of discovery provided by Credit Union 1. | SBAKER | 0.80 |
| 05/17/13 | Review documents produced by Credit Union 1 in response to Trustee's Discovery Requests. | SBAKER | 4.00 |
| 05/17/13 | Draft email to P. Martino regarding responses to discovery requests. | SBAKER | 0.20 |
| 06/05/13 | Begin draft of motion for approval of settlement agreement (.5). | CGREER | 0.50 |
| 06/05/13 | Attend hearing regarding relief for stay and motion to compel abandonment. | SBAKER | 1.20 |
| 06/10/13 | Revise 9019 motion for approval of settlement. | SBAKER | 0.40 |
| 06/11/13 | Revise 9019 settlement motion. | SBAKER | 2.80 |
| 06/12/13 | Revise settlement motion. | SBAKER | 0.40 |
| 06/12/13 | Draft email to T. Hitchcock regarding draft settlement motion. | SBAKER | 0.10 |
| 06/13/13 | Draft email to T. Hitchcock regarding settlement motion. | SBAKER | 0.10 |
| 07/17/13 | Attend hearing on Trustee's Motion to Approve Settlement. | SBAKER | 0.50 |
| 07/17/13 | Draft e-mails to T. Hitchcock regarding Settlement Agreement. | SBAKER | 0.20 |
| 07/29/13 | Review e-mail from T. Hitchcock regarding settlement payment. | SBAKER | 0.10 |
| 08/05/13 | Review e-mail from T. Hitchcock regarding settlement agreement. | SBAKER | 0.10 |

Philip V. Martino as Chapter 7 Trustee for Dietrich Evans  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149679.00005

October 29, 2013  
Invoice Number: 1890156  
Page 3

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 15.60 | 345.00 | 5,382.00 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 16.10 | | 5,469.50 |

| | | | | |
|---|---|---|---|---|
| | Total Fees: | | $ | 5,469.50 |

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1890199
Invoice Date: October 30, 2013

Privileged & Confidential

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through October 29, 2013
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 149679.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 39.60 |
| Current Total Due: | $ | 39.60 |
| **TOTAL AMOUNT DUE:** | **$** | **39.60** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Chapter 7 Trustee for Dietrich Evans  October 30, 2013
RE: General/Costs Chapter 7 Bankruptcy  Invoice Number: 1890199
Q & B Matter Number: 149679.00006  Page 2

**DISBURSEMENTS:**

    Copy charges      39.60

    Total Disbursements:      $ 39.60

    Total Fees and Disbursements:      $ 39.60

Case 13-01250    Doc 50    Filed 10/30/13    Entered 10/30/13 11:24:21    Desc Main
Document      Page 12 of 17

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; and his current hourly billing rate is $565.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00; her current hourly billing rate is $345.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 23 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS**      )
                                        ) SS
**COUNTY OF COOK**      )

      I, Philip V. Martino, on oath, state as follows:

      1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

      2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

      3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

      4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

      5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

      6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

      7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

      8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

      9.      I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\22514339.2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| DIETRICH EVANS | ) | Case No. 13-01250 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF
COSTS INCURRED IN CONNECTION WITH THE FIRST AND
FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF QUARLES &
BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
<u>BANKRUPTCY ESTATE OF DIETRICH EVANS</u>**

This cause coming to be heard on the First and Final Fee Application of Trustee, Philip V. Martino, for compensation to Quarles & Brady LLP as Attorneys for Trustee (the "**Application**"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1. That in the Application, Trustee sought to compensate Quarles & Brady LLP (a) $6,778.00 for 20.2 hours of actual, necessary and valuable professional services rendered to the Trustee (including 1.0 hour of estimated time to prepare this final fee application and appear in court regarding same) since March 18, 2013 in connection with this case and $39.60 in reasonable and necessary costs.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A. That the Court allows $6,778.00 in final compensation to Quarles & Brady LLP for actual, necessary and valuable professional services rendered to the Trustee since March 18, 2013 in connection with this case;

B. That the Court allows $39.60 in reimbursement for certain reasonable and necessary costs in connection with this case; and

QB\22514339.2

      C.    That this matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §§ 157 and 158.

Dated:_____ 2013    **ENTERED:**

                                     _____
                                     United States Bankruptcy Judge