A. BENJAMIN GOLDGAR

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EVANS, DIETRICH | § | Case No. 13-01250 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/02/2013 in Courtroom 642,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60654

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/30/2013__        By: _Clerk of the Bankruptcy Court_____
                                                             Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                          §
                                                §
EVANS, DIETRICH                                 §          Case No. 13-01250
                                                §
                Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,074.01 |
| and approved disbursements of | $ | 124.59 |
| leaving a balance on hand of[1] | $ | 7,949.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $      650.00 | $      0.00 | $      650.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $    6,778.00 | $      0.00 | $    6,778.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $      39.60 | $      0.00 | $      39.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,467.60 |
| Remaining Balance | $ | 481.82 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,968.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $      1,955.20 | $      0.00 | $      157.83 |
| 000002 | Capital One Bank (USA), N.A. | $       918.20 | $      0.00 | $      74.12 |
| 000003 | Capital One Bank (USA), N.A. | $      1,938.40 | $      0.00 | $      156.47 |
| 000004 | Wells Fargo Bank NA | $      1,157.17 | $      0.00 | $      93.40 |

Total to be paid to timely general unsecured creditors        $              481.82

Remaining Balance        $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                      Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-01250-ABG
Dietrich Evans                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: cgreen           Page 1 of 2         Date Rcvd: Nov 01, 2013
                               Form ID: pdf006         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2013.
db         +Dietrich Evans,   11420 S. Parnell Ave.,   Chicago, IL 60628-4723
aty        +Derek V. Lofland,   Gleason & Gleason, LLC,   77 W. Washington,   Suite 1218,
            Chicago, IL 60602-3246
aty        +Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,   Chicago, IL 60654-5427
19911800   +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
            Simi Valley, CA 93062-5170
19911802  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citgo Oil / Citibank,   Attn: Bankruptcy,   Po Box 20363,
            Kansas City, MO 64195)
19911801   +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
20269491    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
            Charlotte, NC  28272-1083
19911805   +Custom Coll Srvs Inc,   55 E 86th Ave Ste D,   Merrillville, IN 46410-6265
19911806   +Fst Amer Bk,   700 Busse Rd.,   Elk Grove Village, IL 60007-2133
19911807   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19911808   +Indymac Bank/Onewest bank,   Attn:Bankruptcy,   2900 Esperanza Crossing,   Austin, TX 78758-3658
19911809   +Messer & Stilp,   166 W. Washington Ste 300,   Chicago, IL 60602-2390
19956133   +OneWest Bank, FSB,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
            Chicago, IL 60602-4373
19911810   +Pierce & Assoc,   1 North Dearborn, Ste 1300,   Chicago, IL 60602-4373
20315266    Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA  50306-0438
19911812   +Wf Fin Bank,   Attention: Bankruptcy,   Po Box 10438,   Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19911799   +E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2013 01:15:26     Ally Financial,
            200 Renaissance Ctr,   Detroit, MI 48243-1300
19911803   +E-mail/Text: group_legal@creditunion1.org Nov 02 2013 01:17:28     Crdt Union 1,
            450 E. 22nd St. Suite 250,   Lombard, IL 60148-6176
19911804   +E-mail/Text: group_legal@creditunion1.org Nov 02 2013 01:17:28     Credit Union 1,
            450 E 22nd St. Suite 250,   Lombard, IL 60148-6176
                                                                            TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19911811*  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,
            Kansas City, MO 64195)
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2013                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2013 at the address(es) listed below:
        Andrew J Nelson   on behalf of Creditor   OneWest Bank, FSB anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Charles R Bonini   on behalf of Debtor Dietrich  Evans charles@chicagobk.com
        Christopher M Brown   on behalf of Creditor   OneWest Bank, FSB northerndistrict@atty-pierce.com,
         cbrown@atty-pierce.com
        Christopher M Brown   on behalf of Creditor   Bank of America, N.A.
         northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
        Julie M Gleason   on behalf of Debtor Dietrich  Evans juliegleasonlaw@gmail.com,
         gleasonbk@gmail.com;gleasonjgn@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
         bk.com;G2126@notify.cincompass.com;ggbestcase@gmail.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Nov 01, 2013
                             Form ID: pdf006           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul B. Fichter    on behalf of Creditor    Credit Union 1 pfichter@creditunion1.org,
            kwort@creditunion1.org;lmichel@creditunion1.org
          Philip V Martino, ESQ    philip.martino@quarles.com,
            pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
            stella.love@quarles.com
          Thomas R Hitchcock    on behalf of Debtor Dietrich  Evans tom@tomhitchcock.com,
            joseph.Paolucci@gmail.com
                                                                                         TOTAL: 11