A. BENJAMIN GOLDGAR
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| EVANS, DIETRICH | § | Case No. 13-01250 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | WELLS FARGO BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/7/2016

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 13-01250 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | EVANS, DIETRICH | | Date Filed (f) or Converted (c): | 01/13/13 (f) |
| | | | 341(a) Meeting Date: | 03/06/13 |
| For Period Ending: | 01/24/14 | | Claims Bar Date: | 06/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11420 S. Parnell Avenue, Chicago, IL | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. 9941 S. Carpenter, Chicago, IL 60643 | 145,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECK ACCOUNT | 380.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT | 475.00 | 0.00 | | 0.00 | FA |
| 5. Credit Union 1 Savings | 5.00 | 24,293.10 | | 24,298.10 | 0.00 |
| 6. Miscellaneous Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 7. Books Pictures Videos and DVDs | 50.00 | 0.00 | | 0.00 | FA |
| 8. USED CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. PENSION | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Estimated 2012 Federal Tax Refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Chevey Aveo | 6,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $270,710.00 | $24,293.10 | | $24,298.10 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1    Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-01250 ABG |
| --- | --- |
| Case Name: | EVANS, DIETRICH |
| Taxpayer ID No: | *******1180 |
| For Period Ending: | 01/24/14 |

| Trustee Name: | PHILIP V. MARTINO |
| --- | --- |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9967 Congressional Bank Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | 0.00 |
| | 01/31/13 | 5 | Credit Union 1 | Balance of Saving Account | 24,298.10 | | 24,298.10 |
| | 03/08/13 | | 3/8/13 Bank fee was $23.30, not $28.30 | Bank Charges | 5.00 | | 24,303.10 |
| * | 03/08/13 | | Congressional | Bank Charges | 28.30 | | 24,331.40 |
| | 03/08/13 | | Congressional Bank | Bank Charges | | 28.30 | 24,303.10 |
| * | 03/26/13 | | Reverses Adjustment IN on 03/08/13<br>Bank fee not additional. | Bank Charges | -28.30 | | 24,274.80 |
| | 04/22/13 | | Congressional Bank | Bank Charges | | 25.78 | 24,249.02 |
| | 05/09/13 | | Congressional Bank | Bank Charges | | 24.93 | 24,224.09 |
| | 06/04/13 | | Congressional Bank | Bank Charges | | 25.72 | 24,198.37 |
| | 07/05/13 | | Congressional Bank | Bank Charges | | 24.86 | 24,173.51 |
| * | 07/05/13 | | Congressional Bank | Bank Charges | | 24.86 | 24,148.65 |
| * | 07/17/13 | 003001 | Credit Union 1 | Settlement Refund to Bank<br>Settlement of $8,000 for bankruptcy estate and remainder to go back to debtor's account. | | 16,224.09 | 7,924.56 |
| * | 07/29/13 | 003001 | Credit Union 1 | Settlement Refund to Bank<br>Check needs to be put in Claudia Robinson and Dexter Moore's names. | | -16,224.09 | 24,148.65 |
| | 07/29/13 | 003002 | Claudia Robinson and Dexter Moore<br>5141 South Racine<br>Chicago, IL 60609 | Settlement Refund | | 16,224.09 | 7,924.56 |
| * | 08/23/13 | | Reverses Adjustment OUT on 07/05/13<br>Duplicate | Bank Charges | | -24.86 | 7,949.42 |
| * | 12/03/13 | 003003 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Expense | | 650.00 | 7,299.42 |
| * | 12/03/13 | 003003 | PHILIP V. MARTINO | Chapter 7 Compensation/Expense | | -650.00 | 7,949.42 |
| | | | | Page Subtotals | 24,303.10 | 16,353.68 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-01250  ABG | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | EVANS, DIETRICH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9967  Congressional Bank Checking Account |
| Taxpayer ID No: | *******1180 | | | |
| For Period Ending: | 01/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | WRONG DISTRIBUTION AMOUNT | | | |
| 12/03/13 | 003004 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 6,403.60 | 1,545.82 |
| * 12/03/13 | 003005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 15.00818%<br>(1-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 293.44 | 1,252.38 |
| * 12/03/13 | 003005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 15.00818%<br>WRONG DISTRIBUTION AMOUNT | | -293.44 | 1,545.82 |
| * 12/03/13 | 003006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 15.00762%<br>(2-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 137.80 | 1,408.02 |
| * 12/03/13 | 003006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 15.00762%<br>WRONG DISTRIBUTION AMOUNT | | -137.80 | 1,545.82 |
| * 12/03/13 | 003007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 15.00774%<br>(3-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 290.91 | 1,254.91 |
| * 12/03/13 | 003007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 15.00774%<br>WRONG DISTRIBUTION AMOUNT | | -290.91 | 1,545.82 |
| * 12/03/13 | 003008 | Wells Fargo Bank NA | Claim 000004, Payment 15.00817% | | 173.67 | 1,372.15 |

Page Subtotals        0.00        6,577.27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-01250   ABG | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | EVANS, DIETRICH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9967  Congressional Bank Checking Account |
| Taxpayer ID No: | *******1180 | | | |
| For Period Ending: | 01/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/03/13 | 003008 | PO Box 10438<br>Des Moines IA 50306-0438<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | (4-1) unsecured claim<br>Claim 000004, Payment 15.00817%<br>WRONG DISTRIBUTION AMOUNT | | -173.67 | 1,545.82 |
| 12/03/13 | 003009 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Expense | | 900.00 | 645.82 |
| 12/03/13 | 003010 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 10.81986%<br>(1-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 211.55 | 434.27 |
| 12/03/13 | 003011 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 10.82008%<br>(2-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 99.35 | 334.92 |
| 12/03/13 | 003012 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 10.81923%<br>(3-1) Modified on 4/4/13 to correct<br>creditor address (cg) | | 209.72 | 125.20 |
| 12/03/13 | 003013 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 000004, Payment 10.81950%<br>(4-1) unsecured claim | | 125.20 | 0.00 |

Page Subtotals   0.00   1,372.15

Ver: 17.04c

LFORM2

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-01250  ABG | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | EVANS, DIETRICH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9967  Congressional Bank Checking Account |
| Taxpayer ID No: | *******1180 | | | |
| For Period Ending: | 01/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 24,303.10 | 24,303.10 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 24,303.10 | 24,303.10 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 24,303.10 | 24,303.10 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Congressional Bank Checking Account - *******9967 | 24,303.10 | 24,303.10 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 24,303.10 | 24,303.10 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

LFORM2

Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*